ELECTRONICALLY FILED
Lonoke County Circuit Court
Deborah Oglesby, Circuit Clerk
2021-Jun-16  14:18:09
43CV-21-366
C23D03 : 2 Pages

IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS

JANICE N. GOODE                                                                                          PLAINTIFF

VS.

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                                                         DEFENDANT

## COMPLAINT

COMES the Plaintiff, Janice N. Goode, and for her cause of action states:

1. Plaintiff is a resident of Jefferson County, Arkansas. Her cause of action concerns tortuous injury occurring in Lonoke County, Arkansas.

2. Defendant, Dolgencorp, LLC d/b/a Dollar General, herein after referred to as "Dollar General," is a foreign corporation, incorporated and having its principal place of business in a State other than Arkansas. Defendant, Dollar General, owns and operates a Dollar General store located at 707 East Fordyce Street in England, Lonoke County, Arkansas.

3. That this Court has jurisdiction over this matter and venue is proper herein.

4. That on June 10, 2019, Plaintiff Janice Goode was a business invitee at the Dollar General located in England, Lonoke County, Arkansas. While Plaintiff was inside the store she was pushing a cart which got caught on a rug which was not properly secured, overseen, and was turned up, which caused her cart to get caught on the rug. This caused the Plaintiff to fall and suffer serious personal injuries. The Plaintiff was not aware that the rug was not properly secured, making the area unreasonably dangerous.

5. That as a result of the negligence of Dollar General, Plaintiff suffered permanent personal injuries.

6. That the injuries suffered by the Plaintiff resulted from negligence on the part of Dollar General and its employees. Defendant is vicariously liable for any acts of negligence on the

part of its employees.   The negligent acts include, but are not limited to:

    a.    failing to warn the Plaintiff that the rug was not properly secured, causing the area to become unreasonably dangerous;

    b.    failing to maintain the premises safe from unreasonable risk of harm; and,

    c.    failing to properly maintain the store.

7.    That as a proximate result of the negligence of Dollar General and its employees, Plaintiff claims the following damages:

    a.    permanent physical injuries,

    b.    medical expenses, past and future,

    c.    pain, suffering and mental anguish, past and future; and

    d.    scars.

8.    That Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that upon trial of this matter she be awarded damages in an amount sufficient to compensate her for the damages she has sustained, with said amount being in excess of that required for federal court jurisdiction in diversity of citizenship cases, together with all other relief to which he may be entitled.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 661-0196 (fax)

BY:    /s/ Matthew E. Hartness
         Matthew E. Hartness A.B.N 96005